Entered on Docket
December 15, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 14, 2009

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185...)
JOHN B. ACIERNO III (CA SBN 25717...)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for HSBC BANK USA, N...
NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CORTRELL JOSEPH HARRIS AND WANDA YVONNE HARRIS,<br><br><br><br><br><br><br>Debtor(s). | Case No. 09-42315-EDJ<br><br>Chapter 7<br><br>R.S. No. JBA-930<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:  November 20, 2009<br>TIME:  10:00 AM<br>CTRM:  215<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on November 20, 2009, at 10:00 AM, in Courtroom 215, upon the Motion of HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-through Certificates, Series 2007-3 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Cortrell Joseph Harris and Wanda Yvonne Harris ("Debtors") commonly known as

/././

8687 Roping Rodeo Avenue Unit 101, Las Vegas, Nevada 89178 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 19.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

Cortrell Joseph Harris
29938 Sugar Maple Court
Hayward, CA 94544

Wanda Yvonne Harris
29938 Sugar Maple Court
Hayward, CA 94544

Steven A. Alpert
15760 Ventura Blvd Ste1100
Encino, CA 91436
Email: cacbefile@pricelawgroup.com

Tevis Thompson
P.O. Box 1110
Martinez, CA 94553
Chapter 7 Trustee

GMAC Mortgage
c/o Managing or Servicing Agent
2451 Hammond Avenue
Waterloo, IA 50702